IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GUILLERMO BRUZON-GARCIA,

      Petitioner,

v.                                Case No.  5D14-1442

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed July 18, 2014.

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Mercedes L. Leon, Kissimmee, for
Petitioner.

Pamela J. Bondi, Attorney General,
Tallahassee and Wesley Heidt, Assistant
Attorney General, Daytona Beach, for
Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the judgment and sentence in Case No. 2013-CF-001741-A-O, in the Circuit Court in and for Osceola County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAWSON, EVANDER, and WALLIS, JJ., concur.